June 8, 2016

To: Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 13 2016

Abel Acosta, Clerk

Re: Jason D. Lumley v. State of Texas
When Petition For Discreationary Review is Due.
CoA # 10-15-00267-CR
Tr. Ct. No # D35606-CR

Dear Mr. Acosta:

I am Requesting Verification on wether or not The 60 days were granted To File the Out of Time Petition For Discreationary Review? and IF NOT can you Please File. This Motion For EXTENSION. Can you please Send me Something to let me Know when my Petition For Discreationary Review is Due?? THANK you..

Respectfully

Jason D. Lumley #2002834

P.S. I Previously Filed Motion Requesting Leave To File AN Original Copy only of Petition, and It was Granted. Do I Need To File a New one?

3.   The Appellant was convicted of the felony offense(s) of:

Count 1: Evading Arrest/Detention-Tex.Penal Code §38.04(b)(2)(A)
Count 2: Accident Involving Injury-Tex.Trans.Code § 550.021(c)(2)
Count 3: Accident Involving Injury-Tex.Trans.Code § 550.021(c)(2)
Count 4: Unauthorized Use of a Motor Vehicle-Tex.Penal Code § 31.07

4.   Judgement was entered on June 8, 2015 and punishment was assessed at:

Count 1: Evading Arrest/Detention- 40yrs.
Count 2: Accident Involving Injury- 50yrs.
Count 3: Accident Involving Injury- 50yrs.
Count 4: Unauthorized Use of a Motor Vehicle- 455 days State Jail

5.   The conviction(s) were affirmed in the Court of Appeals on December 17, 2015.

6.   The Appellants Motion For Leave to file an out of time petition for Descreationary Review was granted 5-26-2016 and received by Appellant on 6-7-2016.

7.   An extension of time for a period of sixty(60) days is requested, that would make the due date August 5, 2016.

8.   The facts relied upon to show good cause for the requested extension is, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals.

NO. _PD-0042 - 16_

| | | |
|---|---|---|
| JASON DEAN LUMLEY | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

### PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**COMES NOW** the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1.      The style and number of this case in the Court of Appeals, is: _Jason Dean Lumley v. The State of Texas_, Appeal No. 10-15-00267-CR.

2.      The style and number of the case in the trial court is: _The State of Texas v. Jason Dean Lumley_; Cause No. D35,606-CR; from the County Court at Law of Navarro County, Texas.

Appellant/Petitioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to _August 5_ , 2016.

**Respectfully submitted,**

Jason Dean Lumley
**TDCJ #02002834**
**Eastham Unit**
**2665 Prison Road, #1**
**Lovelady, Texas 75851**

Eastham Unit
2665 Prison Rd. #1
Loveland, TX 75851

## DECLARATION

I, Jason Dean Lumely, TDCJ-CID No. 2002834, being presently incarcerated at the Eastham Unit of the TDCJ-CID, in Houston County, Texas, declare under penaly of perjury pursuant to Texas Civil Practices and Remedies Coded Sec. 132.001-et seq, that the facts and statements in this Motion are true and correct.

Executed on this the 8th day of JUNE 2016.

JASON DEAN LUMLEY   2002834
Relator pro se